## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CECIL MARK CARTER,<br><br>                        **Plaintiff,**<br><br>            **vs.**<br><br>KASEY C. WESSELS, MARY STOLLE, and<br>CHIEF CARRIERS, et. al.;<br><br>                        **Defendants.** | **8:20CV324**<br><br><br>**ORDER** |

On August 12, 2020, the Office of the Clerk sent letters (Filing No. 36 and Filing No. 37) to attorneys Leslie Kali Eason and Tiffany Nishkah Alaina Taylor directing them to register for admission to practice in this court and to register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1). As of September 28, 2020, the above attorneys have not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **October 13, 2020**, Leslie Kali Eason and Tiffany Nishkah Alaina Taylor shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 28th day of September, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge