IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CECIL MARK CARTER,<br><br>        Plaintiff,<br><br>vs.<br><br>KASEY C. WESSELS, MARY STOLLE, and CHIEF CARRIERS, et. al.;<br><br>        Defendants. | **8:20CV324**<br><br>**ORDER** |

    IT IS ORDERED that the motion to withdraw filed by Leslie K. Eason and Tiffany N. Taylor, as counsel of record for Defendants, (Filing No. 45), is granted. Leslie K. Eason and Tiffany N. Taylor shall no longer receive electronic notice in this case. The show cause deadline (Filing No. 44) is terminated.

    Dated this 5th day of October, 2020.

                                                BY THE COURT:

                                                s/Michael D. Nelson
                                                United States Magistrate Judge